IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA D'AMICO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ASPEN<br><br>　　　　　　Defendants. | Case No. 08 C 3387 |

## STIPULATION TO DISMISS

Plaintiff Laura D'Amico and Defendant Aspen (collectively referred to as the "Parties"), by and through their respective attorneys, hereby stipulate and agree that all claims asserted by the Parties in the above-captioned matter should be dismissed with prejudice and each of the Parties shall bear their own fees and costs.

LAURA D'AMICO

By: _____
　　　One of Her Attorneys

Nicholas J. Bontrager
~~Adam Krohn~~
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036
Telephone: 323.988.2400
Facsimile: 866.802.0021

ASPEN

By: _____
　　　One of Its Attorneys

Brian P. O'Meara
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: 312.849.8100
Facsimile: 312.849.3690



IT IS SO ORDERED
Judge Claudia Wilken